**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X       **Case No.** 18-cv-06273 (AT)

PILAR B. TAYLOR,

                              Plaintiff,

          - against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF PARKS AND RECREATIONS, and
MICHAEL PALAMAR, *individually*,
                              Defendants.

------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        I do hereby certify that on July 16, 2018, a true copy of the within Initial Pretrial Conference Order (Dkt No. 6) and the Order (Dkt. No. 7) was served via First Class Mail, by depositing same in an enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following individual(s):

The City Of New York
**Via New York City Corporation Counsel**
100 Church Street
New York, New York 10007

New York City Department of Parks and Recreations
**Via New York City Comptroller**
One Center Street
New York, New York 10007

Michael Palamar
**Via Place of Employment**
1 Bronx River Parkway
Bronx, New York 10462


Dated:  New York, New York
        July 16, 2018

                                                    _____
                                                    Kevin Guaranda